# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

JANET AND SCOTT BRUNERMER,

    Petitioners

    v.

APOLLO BOROUGH,

    Respondent

: No. 286 WAL 2023
:
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:

---

JANET AND SCOTT BRUNERMER,

    Petitioners

    v.

APOLLO BOROUGH,

    Respondent

: No. 287 WAL 2023
:
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:

---

JANET AND SCOTT BRUNERMER,

    Petitioners

    v.

APOLLO BOROUGH,

    Respondent

: No. 288 WAL 2023
:
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:

---

JANET AND SCOTT BRUNERMER,

    Petitioners

    v.

: No. 289 WAL 2023
:
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court

APOLLO BOROUGH,                                  :
                                                 :
                                                 :
                     Respondent                  :

## **ORDER**


**PER CURIAM**

      **AND NOW**, this 16th day of April, 2024, the Petition for Allowance of Appeal is **DENIED**.